DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PHILLIP SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1951
_____

March 20, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Deana K. Marshall of Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

PER CURIAM.

   Affirmed.

KELLY BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.